COMMONWEALTH *vs.* KENNETH JACKSON.
COMMONWEALTH *vs.* BERNARD F. UNDERWOOD.
COMMONWEALTH *vs.* JOSEPH D. ZALESKI.
DOREL STEEL CORPORATION *vs.* MODULAR CONSTRUCTORS, INC.

December 29, 1975

*Denied*: